UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-24190-UU

JUAN FLORES,

    Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC,

    Defendant.

_____/

<u>**ADMINISTRATIVE ORDER**</u>

    THIS CAUSE comes before the Court upon the Joint Notice of Settlement. D.E. 21.

    THE COURT has considered the pertinent portions of the record and is otherwise fully advised on the premises. It is hereby

    ORDERED AND ADJUDGED that the case is CLOSED for administrative purposes. All hearings are CANCELLED; all motions DENIED AS MOOT.

    DONE AND ORDERED in Chambers in Miami, Florida, this 26th day of February, 2020.

*/s/ Ursula Ungaro*
UNITED STATES DISTRICT JUDGE

cc: counsel of record via cm/ecf